### 13792.   TURNER *v.* LOUISVILLE & NASHVILLE RAILROAD COMPANY *et al.*

LUKE, J.   The plaintiff sought to recover damages for the burning of a house, alleged to have been caused by sparks from a locomotive of the railroad company.   At the conclusion of the evidence the court directed a verdict in favor of the defendant.   Upon a careful examination of the evidence this court is convinced that the trial judge did not err in so directing the verdict for the defendant, or in thereafter overruling the motion for a new trial.   See, in this connection, *Seaboard Air Line Ry. Co.* v. *Jarrell,* 145 *Ga.* 688 (1) (89 S. E. 718); *L. & N. R. Co.* v. *Howard,* 25 *Ga. App.* 83 (102 S. E. 456).

> *Judgment affirmed.   Broyles, C. J., and Bloodworth, J., concur.*
> DECIDED DECEMBER 12, 1922.

Action for damages; from Columbia superior court — Judge Henry C. Hammond.   June 19, 1922.

*Frank H. Colley, John T. West & Son,* for plaintiff.

*Cumming & Harper,* for defendant.

---

### 13793.   SCOTT *v.* BANKERS TRUST & AUDIT COMPANY.

BLOODWORTH, J.   1. This court cannot say, as a matter of law, that the judge erred in overruling the motion for continuance.

2. Under the pleadings and evidence in this case the court did not err in directing a verdict for the plaintiff.

> *Judgment affirmed.   Broyles, C. J., and Luke, J., concur.*
> DECIDED DECEMBER 12, 1922.

Complaint; from Henry superior court — Judge Searcy.   May 26, 1922.

*Walter McElreath, Reagan & Reagan,* for plaintiff in error.

*Greene F. Johnson,* contra.